UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| AMY MICHELE FRAZIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00685-SEB-MJD |
| | ) | |
| THE HIPHUGGER, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on Defendant's Unopposed Local Rule 6-1(c) Motion for Enlargement of time to Respond to Complaint, [Dkt. 12]. The Court finds that Defendant's failure to respond to the Complaint was due to excusable neglect and therefore **GRANTS** the motion to extend the time for responding to the Complaint to **July 21, 2023**. Plaintiff's pending motion for default judgment,[1] [Dkt. 7], is accordingly **DENIED AS MOOT**.

SO ORDERED.

Dated: 26 JUN 2023

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the Court's ECF system.

_____

[1] The Court notes that Plaintiff's motion for default judgment was premature in any case, as Plaintiff failed to first seek entry of default against Defendant pursuant to Federal Rule of Civil Procedure 55(a). *See In re Catt*, 368 F.3d 789, 793 (7th Cir. 2004) ("There are two stages in a default proceeding: the establishment of the default, and the actual entry of a default judgment.").