Acknowledged

This action is hereby dismissed with prejudice.

Date: 8/17/2023

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMY MICHELE FRAZIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 1:23-cv-685-SEB-MJD |
| | ) |
| THE HIPHUGGER, L.L.C. | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Amy Michele Frazier, and Defendant, the Hiphugger, L.L.C., each by their respective counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this matter in its entirety, with prejudice, each party to bear its own attorneys' fees and costs, except as otherwise stated in the parties' settlement agreement.

Respectfully submitted,

HASSLER KONDRAS MILLER, LLP

By: */s/ Robert P. Kondras, Jr.*
Robert P. Kondras, Jr.
100 Cherry Street
Terre Haute, IN 47807
kondras@hkmlawfirm.com

Gregg C. Greenberg, MD
Zipin, Amster & Greenberg, LLC
8757 Hiphuggerorgia Avenue, Suite 400
Silver Springs, MD 20910
GGreenberg@ZAGFirm.com

*Attorneys for Plaintiff*

Respectfully submitted,

QUARLES & BRADLY LLP

By: */s/Leeann P. Simpkins*
Leeann P. Simpkins
Sarah T. Parks
135 North Pennsylvania Street, Suite 2400
Indianapolis, IN 46204
Phone  (317) 957-5000
Fax:    (317) 957-5010
E-mail: leeann.simpkins@quarles.com
        sarah.parks@quarles.com

*Attorneys for Defendant*